1
2  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
3  Dennis Price, Esq., SBN 279082
   Naomi Butler, Esq. SBN 332664
4  100 Pine Street, Suite 1250
   San Francisco, CA 94111
5  (858) 375-7385; (888) 422-5191 fax
   naomib@potterhandy.com
6
7  Attorneys for Plaintiff

8  Philip H. Stillman
   STILLMAN & ASSOCIATES
9  3015 North Bay Road | Suite B
   Miami Beach, FL 33140 |
10 (888) 235- 4279 Fax: (888) 235-4279
   pstillman@stillmanassociates.com
11
12 Attorney for Defendant

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14

15 | **Scott Johnson**, | Case: 5:21-cv-05856-EJD |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| **1 Oz Coffee, LLC, a California Limited Liability Company** | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendants. | |

1

Joint Stipulation for Dismissal                                 5:21-cv-05856-EJD

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action that Plaintiff's Americans with Disabilities Act claim may be dismissed, with prejudice. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: October 13, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Naomi Butler
Naomi Butler, Esq.
Attorney for Plaintiff

Dated: October 13, 2022         STILLMAN & ASSOCIATES

By: /s/ *Philip H. Stillman*
Philip H. Stillman, Esq.
Attorney for Defendant